JOHN S. MELCHER, as Administrator of JOHN L. MELCHER, Deceased, Respondent, *v.* FRANKLIN BIEN, as Receiver of HAZARD, HAZARD & COMPANY, a Corporation, Appellant.

*Melcher* v. *Bien,* 61 App. Div. 614, affirmed.
(Submitted February 28, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Franklin Bien,* appellant, in person.

*John S. Melcher* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J., and HAIGHT, J.